v# 3011  # 129393

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 MAR 30 PM 3: 10
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  P. JAY JONES           Case No. 08-33943

    Debtor.                 Judge RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3006 | US Department of Education<br>PO Box 13328<br>Richmond, VA  23325 | $206.37 |

2. Your trustee's check for $206.37 payable to the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Respectfully submitted,
/s/Douglas A. Dymarkowski
Douglas A. Dymarkowski, Trustee
5431 Main Street
Sylvania, Ohio 43560
(419) 882-4999